IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARCUS E. OLIVER, | ) Case No. C 15-2910 PSG (PR) |
| Plaintiff, | ) **ORDER OF TRANSFER** |
| v. | ) |
| OFFICER PFEIFFER, et al., | ) |
| Defendants. | ) |

On June 23, 2015, Marcus E. Oliver, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials.[1] Although not a model of clarity, Oliver complains about events that occurred at Mule Creek State Prison, which is located in Amador County. Because Amador County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[2] Accordingly, this case is TRANSFERRED to the Eastern District of California.[3] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

---

[1] Oliver has consented to magistrate judge jurisdiction. (Compl. at 4.)

[2] *See* 28 U.S.C. § 1391(b).

[3] *See* 28 U.S.C. § 1406(a).

Case No. C 15-2476 PSG (PR)
ORDER OF TRANSFER

1 | IT IS SO ORDERED.

2 | DATED: 9/17/2015

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge